March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

MESSIAH WALL   ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED
BY PHONE CONFERENCE**

19 -CR- 686 (CM) ( )

Defendant __MESSIAH WALL__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Messiah Wall

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
**Messiah Wall**

_____
Print Defendant's Name

Lisa Scolari   *Digitally signed by Lisa Scolari*
*Date: 2020.09.24 15:57:28 -04'00'*
_____
Defense Counsel's Signature

**Lisa Scolari**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable phone conferencing technology.

10/8/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____