UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.1: 19-686 (CM) |
| ) | |
| MESSIAH WALL, ) | |
| ) | |
| Defendant. ) | |

## MOTION ON CONSENT MODIFYING CONDITIONS OF RELEASE

NOW COMES the Defendant, Messiah Wall, by and through appointed counsel, Inga L. Parsons, and with the assent of the government, by and through AUSA Michael Herman, and with the approval of the United States Pretrial Services Officer, Bernisa Mejia, respectfully moves this Court to modify Mr. Wall's bail conditions so that it includes includes mental health evaluation and treatment.

All other bail conditions shall remain in place and binding.

12/9/20

ORDERED:

Colleen McMahon

Respectfully submitted,

/s/ Inga L. Parsons
Inga L. Parsons
Attorney at Law
3 Bessom, No. 234
Marblehead, MA 01945
781-581-2262 (o)
888-406-9538 (f)
Inga@IngaParsonsLaw.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/20

1

## CERTIFICATION OF SERVICE

I, Inga L. Parsons, hereby certify that on this 9th day in December, 2020, a copy of the within motion was e-filed to all parties of record.

Date:  December 9, 2020                    /s/ *Inga L. Parsons*
                                           Inga L. Parsons

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | DOCKET NO.1: 19-686 (CM) |
| ) | |
| MESSIAH WALL, ) | |
| ) | |
| Defendant. ) | |

## MOTION ON CONSENT MODIFYING CONDITIONS OF RELEASE

NOW COMES the Defendant, Messiah Wall, by and through appointed counsel, Inga L. Parsons, and with the assent of the government, by and through AUSA Michael Herman, and with the approval of the United States Pretrial Services Officer, Bernisa Mejia, respectfully moves this Court to modify Mr. Wall's bail conditions so that it includes includes mental health evaluation and treatment.

All other bail conditions shall remain in place and binding.

12/9/20

ORDERED:
Colleen McMahon
United States District J...

Respectfully submitted,

/s/ Inga L. Parsons
Inga L. Parsons
Attorney at Law
3 Bessom, No. 234
Marblehead, MA 01945
781-581-2262 (o)
888-406-9538 (f)
Inga@IngaParsonsLaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/20

1

## CERTIFICATION OF SERVICE

    I, Inga L. Parsons, hereby certify that on this 9th day in December, 2020, a copy of the within motion was e-filed to all parties of record.

Date:  December 9, 2020                                            /s/ *Inga L. Parsons*
                                                                                      Inga L. Parsons