**INGA L. PARSONS, ESQ.**

Admitted to MA NY WY  
Federal Court  
U.S. Supreme Court

Attorney at Law  
3 Bessom St. No. 234  
Marblehead, MA  01945

Tel: 781-581-2262  
Fax: 781-842-1430  
Inga@IngaParsonsLaw.com

*MEMO ENDORSED*

6/30/21

Fine.

[signature: Colleen McMahon]

May 29, 2021

Hon. Colleen McMahon  
United States District Court  
Southern District of New York  
40 Centre Street  
New York, NY 10007-1312

Re: *USA v. Seegers* (Wall), 19 Cr. 686 (CM)

Dear Judge McMahon:

I am appointed counsel for Mr. Messiah Wall. I submit this letter to respectfully request that the date of the defense sentencing submission be extended from June 30, 2021 to July 5, 2021. Counsel has been out in Wyoming for the past two weeks and asks that she be able to submit the submission after she returns.

Counsel does not anticipate that the submission will be extensive or complex and a sentencing extension should not be required.

The government, by Michael Herman, has no objection to this request.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

Cc:   All parties of record via ECF

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 6/30/21