

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

March 9, 2022

3/10/2022
So ordered

**BY ECF**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Messiah Wall*, 19 Cr. 686 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter in connection with defendant Messiah Wall's violations of his conditions of pretrial release between the date of his sentencing and the date of his surrender date. As the Court may recall, on December 21, 2021, the Court sentenced Wall to 90 days' incarceration, and ordered that he surrender to the Bureau of Prisons by April 18, 2022. On January 31, 2022, however, this Court signed an arrest warrant in connection with allegations of repeated curfew violations submitted to the Court by Wall's U.S. Pretrial Services officer. On February 4, 2022, Wall was arrested and ordered detained by Magistrate Judge Stewart D. Aaron. (Dkt. No. 94). The Government has conferred with defense counsel, who reports that Wall does not wish for a hearing on the pretrial release allegations and consents to beginning to serve his sentence as of the date of his arrest on February 4, 2022. The Government has no objection to that disposition. Accordingly, the parties respectfully request that the Court order that Wall's sentence be deemed to have commenced upon his arrest on February 4, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Michael R. Herman
Michael R. Herman
Assistant United States Attorneys
(212) 637-2221

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/22